# United States Court of Appeals
## For the Eighth Circuit

_____

No. 15-3261

_____

David Elmer Oblinger,

*Plaintiff - Appellant,*

v.

James Sigman, Sheriff; Glenda Campbell, Jailer; Tom Terry, Jailer; Vince Gold, Jailer; Wes Campbell, Lieutenant; Pam Tripp, Jail Administrator; Clinton Jones, Deputy; Van Feigenschue, Jailer; Texas County Memorial Hospital; John Doe #1, Physician on call at Texas County Memorial Hospital; John Doe #2, Ambulance Service EMT; John Doe #3, Ambulance Service EMT,

*Defendants - Appellees.*

_____

Appeal from United States District Court
for the Western District of Missouri - Springfield

_____

Submitted: February 18, 2016
Filed: March 4, 2016
[Unpublished]

_____

Before SMITH, BYE, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Missouri inmate David Oblinger appeals the district court's preservice dismissal of his 42 U.S.C. § 1983 complaint asserting numerous claims of constitutional violations. Upon de novo review of Oblinger's complaint and attached exhibits, we conclude that he did not state any claim for relief. Accordingly, we affirm the judgment of the district court. *See* 8th Cir. R. 47A(a). We also grant Oblinger's motion for leave to appeal in forma pauperis, and deny his motions for appointment of appellate counsel.

_____